# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Angel McDonnell

                              Plaintiff,

v.                                          Case No.: 1:16–cv–05011
                                            Honorable Sara L. Ellis

Nature's Way Products LLC, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2018:

        MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. The parties reported that the case has settled. Status hearing set for 6/14/18 at 1:30 p.m. If a stipulation to dismiss is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.