**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ANGEL MCDONNELL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:16-cv-05011 |
| | ) |
| **NATURE'S WAY PRODUCTS, LLC and** | ) |
| **SCHWABE NORTH AMERICA, INC.** | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Angel McDonnell and Defendants Nature's Way Products, LLC and Schwabe North America, Inc. hereby stipulate to the entry of an order dismissing this case with prejudice, with each party to bear her / its own costs.


*s/John E. Norris* .
John E. Norris
Dargan Ware
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
jnorris@davisnorris.com
ATTORNEY FOR PLAINTIFF

*s/Barry F. MacEntee* .
Barry F. MacEntee
HINSHAW & CULBERTSON LLP
222 North LaSalle
Suite 300
Chicago, Illinois 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
bmacentee@hinshawlaw.com
ATTORNEY FOR DEFENDANTS