**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ANGEL MCDONNELL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:16-cv-05011 |
| | ) |
| **NATURE'S WAY PRODUCTS, LLC and** | ) |
| **SCHWABE NORTH AMERICA, INC.** | ) |
| | ) |
| | ) |
| Defendants. | |

**AGREED ORDER TO DISMISS WITH PREJUDICE**

Pursuant to the stipulation to dismiss with prejudice filed by the parties Plaintiff Angel McDonnell and Defendants Nature's Way Products, LLC and Schwabe North America, Inc., the Court hereby dismisses this case with prejudice, with each party to bear her / its own costs.

ENTER:

June 7, 2018

_____
Honorable Sara L. Ellis

*Order jointly prepared and
submitted by counsel for
Plaintiff and Defendants*